UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60431-CIV-DAMIAN

**DIDIE ESPINOSA FONT**,

      Petitioner,

v.

**KRISTI NOEM, Secretary of the US
Department of Homeland Security**, *et al.*,

      Respondents.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Status Report, filed on March 25, 2026, indicating that Petitioner was afforded an individualized bond hearing and has been released from custody on bond. [ECF No. 7].

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of April, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record